**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| EUGENE SCALIA, ) <br> SECRETARY OF LABOR, ) <br> U.S. DEPARTMENT OF LABOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RLKM, INC., d/b/a GLASS DOCTOR OF ) <br> OMAHA and GLASS DOCTOR OF ) <br> COUNCIL BLUFFS, and RAY WHITE, ) <br> individually ) <br> ) <br> Defendants. ) | Case No. 1:19-cv-00030-JAJ |

**<u>JUDGMENT</u>**

The Secretary having filed his Complaint, and Defendants having agreed to the entry of this judgment without contest;

It is, therefore, upon motion of counsel for the Secretary, and for cause shown: ORDERED, ADJUDGED, and DECREED that Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this judgment be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of sections 15(a)(2), 15(a)(3), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 *et seq.*), hereinafter called the Act, in any of the following manners:

I.  Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees in commerce or in the production of goods for commerce, or in their enterprise engaged in commerce or in the production of goods for commerce, for work weeks longer than 40 hours without compensating such employee for his or her employment in

1

excess of 40 hours per workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

II. Defendants shall not, contrary to sections 11(c) and 15(a)(5) of the Act, fail to make, keep, and preserve adequate and accurate records of their employees, and of the wages, hours, and other conditions and practices of employment maintained by them, as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act (29 C.F.R. § 516). Defendants shall make such records available at all reasonable times, within 72 hours of notice, to representatives of the Secretary.

III. Defendants shall not, contrary to the provisions of section 15(a)(3), discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding.

IV. Defendants are hereby restrained from continuing to withhold unpaid overtime compensation covered the period from July 24, 2016, to July 23, 2019, due to certain of their employees in the amount of $12,302.11 to the employees named in the Exhibit A attached hereto in the amounts set forth opposite their names for the periods indicated.

V. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Secretary shall recover from Defendants the sum of $12,302.11 in unpaid overtime compensation covering the period from July 24, 2016, through July 23, 2019, for certain of Defendants' employees whose names are listed in the attached Exhibit A.

VI. IT IS FURTHER ORDERED that, within thirty (30) days of their execution of this Agreement, Defendants will deliver by either direct deposit or by check (sent to the individual's last known address) payment to the individuals listed in Exhibit A in the amount

listed opposite his or her name under the column "BACK WAGES OWED". Within seven (7) days after payment is made, Defendants shall provide to Wage and Hour either proof of direct deposit or copies of the fronts of the checks. Additionally, for any payment made by check, within fifteen (15) days after the checks' delivery, Defendants shall provide copies of the fronts and backs of the checks to Wage and Hour, showing the check has been cashed.

If any checks are returned for any reason to Defendants, they shall, within twenty (20) days of the date of return, forward the check to the Wage and Hour Division's Des Moines Area Office at 210 Walnut Street, Room 643, Des Moines, IA 50309. For any checks that for whatever reason have not been cashed and have not been returned by May 1, 2020, Defendants agree to deliver to Wage and Hour a cashier's check payable to "Wage and Hour-Labor" to cover the total net due to all such employees. A list of each employee's name, social security number, and last known address shall be included with any check forwarded to Wage and Hour. Any monies that have not been disbursed by the Secretary after three years from the date such gross check is received by the Secretary from Defendants, because of the inability to locate the proper persons or because of their refusal to accept payment, shall be deposited into the Treasury of the United States as miscellaneous receipts.

Upon receipt of full payment from Defendants, the Secretary's counsel shall file with the Court a satisfaction of judgment.

_____
John A. Jarvey, Chief Judge
United States District Court
Southern District of Iowa

Entry of this Judgment is hereby consented to by:



Ray White
2449 4th Avenue
Council Bluffs, IA 51501

AND

RLKM, INC.
d/b/a GLASS DOCTOR OF OMAHA AND GLASS DOCTOR OF COUNCIL BLUFFS

By _____
Ray White
Owner and Manager
2104 W. Broadway
Council Bluffs, IA 51501

APPROVED:
Kate S. O'Scannlain
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert Van Wijk
Associate Regional Solicitor

_____
Traci Martin
Trial Attorney

2300 Main, Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
martin.traci.e@dol.gov
*Attorneys for Plaintiff Secretary of Labor*

Entry of this Judgment is hereby consented to by:

Ray White
2449 4th Avenue
Council Bluffs, IA 51501

AND

RLKM, INC.
d/b/a GLASS DOCTOR OF OMAHA AND GLASS DOCTOR OF COUNCIL BLUFFS

By _____
Ray White
Owner and Manager
2104 W. Broadway
Council Bluffs, IA 51501

APPROVED:
Kate S. O'Scannlain
Solicitor of Labor

Christine Z. Heri
Regional Solicitor

Evert Van Wijk
Associate Regional Solicitor

_____
Traci Martin
Trial Attorney

2300 Main, Suite 1020
Kansas City, MO 64108
(816) 285-7260
(816) 285-7287 (fax)
martin.traci.e@dol.gov
*Attorneys for Plaintiff Secretary of Labor*

4

## EXHIBIT A

| | EMPLOYEE | BACK WAGES OWED |
|---|---|---|
| 1. | Anderson, Jerry | $864.00 |
| 2. | Beaman, Savanna | $197.63 |
| 3. | Fauts, Katie | $643.35 |
| 4. | Gillespie, Andrew | $2,108.00 |
| 5. | Kelley, Kathryn | $430.13 |
| 6. | Schumacher, Jessica | $240.25 |
| 7. | Vincent, Brittney | $105.00 |
| 8. | Way, Mike | $2,237.25 |
| 9. | White, Jeremy | $2,553.00 |
| 10. | White, Johnathan | $370.50 |
| 11. | Yenney, Mike | $2,553.00 |
| | TOTAL | $12,302.11 |